those issues. Section 537.296.2 sets out the nuisance damages recoverable from crop and animal producers. It does not purport to take the appellants' rights to use and enjoy their property, and the State still recognizes and enforces those rights through injunctive relief. Because the appellants' bundle of rights has not been disturbed, the State has not taken their property. *See Sunrise,* 420 F.3d at 330.

Before Division One: Thomas H. Newton, P.J., Lisa White Hardwick, Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Jerry Watson appeals the circuit court's judgment granting summary judgment in favor of Claycorp, Inc., Concrete Strategies, LLC, and John Liss. We affirm. Rule 84.16.

**Jerry WATSON, Appellant,**

v.

**CLAYCORP, INC., Concrete Strategies, LLC and John Liss, Respondents.**

**WD 77413**

Missouri Court of Appeals, Western District.

ORDER FILED: FEBRUARY 3, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 2015

Application for Transfer Denied April 28, 2015

Brianna Thomas, Kansas City, MO, Jason Joseph Iezze, Independence MO, Co–Counsel for Appellant,

Portia Celeste Kayser, St. Louis, MO, Counsel for Respondent,

**STATE of Missouri, Plaintiff– Respondent,**

v.

**Clyde Cleveland WHITE, Defendant– Appellant.**

**No. SD 33284**

Missouri Court of Appeals, Southern District, **Division Two.**

Filed: Mar. 31, 2015